UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO, <br> Plaintiff, <br> v. <br> ROSA MEDRANO, et al., <br> Defendants. | Case No.  16-cv-00546-SK <br><br> **ORDER TO SHOW CAUSE** |

Plaintiff filed this action on February 2, 2016.  Pursuant to the scheduling order entered on that date (Dkt. 4), the last day for Plaintiff to file a Notice of Need for Mediation was June 29, 2016.  To date, Plaintiff has not done so.  Accordingly, Plaintiff is HEREBY ORDERED to show cause in writing no later than July 19, 2016 why this case should not be dismissed for failure to prosecute.  Plaintiff is admonished that if he does not file a response by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: July 5, 2016

_____
SALLIE KIM
United States Magistrate Judge