1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE DANIEL CASTILLO-ANTONIO,

Plaintiff,

v.

ROSA MEDRANO, et al.,

Defendants.

Case No.  16-cv-00546-SK

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

Regarding Docket Nos. 15, 16

On July 5, 2016, this Court issued an Order to Show Cause as to why the parties had not submitted notification of the need for mediation.  On the same date, counsel for Plaintiff promptly filed a Declaration and a Notice of Need for Mediation.  In light of the foregoing, the Court's Order to Show Cause is hereby DISCHARGED.

However, the Court reminds the parties that in the future a request for extension should be filed prior to the lapse of filing deadlines.  While the Court appreciates that the parties have been actively involved in efforts to investigate and resolve the case, the parties are reminded that the Court has an obligation to keep the matters on its docket progressing in an efficient and timely manner.  The only way for the Court to ensure that progress is being made is to monitor its docket and calendar.

**IT IS SO ORDERED**.

Dated: July 6, 2016

_____

SALLIE KIM
United States Magistrate Judge